Dismissed and Memorandum Opinion filed February 2, 2006









Dismissed and Memorandum Opinion filed February 2,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00039-CR

____________

 

MICHAEL DWAYNE DOWDY,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
351st District Court

Harris County, Texas

Trial Court Cause No. 1036161

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of failure to
comply with sexual offender registration requirements. In accordance with the
plea agreement, the trial court sentenced appellant on December 1, 2005, to
confinement for two years in the Institutional Division of the Texas Department
of Criminal Justice.  Appellant filed a
pro se notice of appeal.  We dismiss the
appeal.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 2, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost. 

Do Not Publish C Tex.
R. App. P. 47.2(b).